

Entered on Docket
November 22, 2010

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

___

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South Suite 200
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Chapter 13 |
| **JAMES MATTHEW WOLFE** | BKS-09-15144-BAM |
| | Hearing Date: 11/18/2010 |
| **Debtor** | Hearing Time: 2:00 pm |
| **CROSBY & ASSOCIATES**<br>**Attorney for Debtor** | |

### ORDER OF DISMISSAL

   A motion for Order Dismissing Bankruptcy Proceedings filed by the Trustee in the above-captioned matter having come on for hearing, the following parties having appeared:

  (X)  Trustee       (  ) Debtor(s)       (  ) Attorney for Debtor(s)      (  ) Other: ,

and said Motion having been considered by this Court, and good cause appearing therefore;

   IT IS HEREBY ORDERED that the above-captioned proceedings under Chapter 13 be, and the same hereby is DISMISSED for the Debtor(s) failure to:

- Make Plan payment

        IT IS FURTHER ORDERED that the Trustee is allowed $0.00 as and for expenses incurred in the administration of this case.

Dated:  November 19, 2010

/s/ Kathleen A. Leavitt
Kathleen A. Leavitt, Chapter 13 Trustee
(MJB)

**LR 9021 certification language:**

In accordance with LR 9021, counsel submitting this document certifies as follow s ;

_X_  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

None - no parties appeared

###